UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY M. ALBERT,

        Plaintiff,

                                    Case No. 13-CV-12167
v.                               HON. GEORGE CARAM STEEH

CATHY'S CONCEPTS, INC., et al.,

        Defendants.
_____/

### DISMISSAL OF ORDER TO SHOW CAUSE (DOC. # 8)

The court issued an order to show cause in this matter on October 4, 2013, requiring plaintiff to show cause why the matter should not be dismissed for failure to prosecute. In response, plaintiff states that she did not immediately serve the complaint for the reason that she was trying to negotiate a settlement with defendants. She represents that the parties are continuing to work toward settlement.

According to plaintiff, defendant agreed to waive service of the complaint under Fed. R. Civ. P. 4(d) and the parties are in agreement that defendant will file an answer to the complaint on or before November 18, 2013, if the case does not settle prior to that date. Accordingly, the court hereby **ORDERS** that the answer to the complaint may be filed on or before November 18, 2013. The order to show cause is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

Dated: October 29, 2013

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 29, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk